February 26, 1982.

442 A.2d 357

Brantner v. Bedford Improved TV Inc., et al., Appellants.

Petition for Allowance of Appeal Denied Sept. 16, 1982.

Argued December 2, 1980. David P. Andrews, for appellants; Alan Krier, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Affirmed.

442 A.2d 357

Commercial Banking Corp. v. Butikus, Appellants.

Petition for Allowance of Appeal Denied Aug. 24, 1982.

Argued April 1, 1981. Joseph Michael Smith, for appellant; Andrew N. Schwartz, for appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Order affirmed.

CERCONE, P. J., dissented.